| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O17-OSI Bi-Weekly Payroll<br>11/05/2023<br>11/18/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000058185752<br>11/24/2023<br>454683454 | | |
|---|---|---|---|---|---|---|
| | | | TAX DATA: | Federal | PA State Resident | PA State Work |
| TERRI LUCIA JONES<br>217 INDUSTRIAL HIGHWAY<br>POTTSTOWN, PA 19464 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000941122<br>71610-OptumServe Admin<br>PA TELECOMMUTER<br>SCA Appeals Rep Sr<br>$22.800000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>N/A | N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Planned PTO | 22.800000 | 4.00 | 91.20 | 156.00 | 3,543.78 | | | |
| Regular | 22.800000 | 76.00 | 1,732.80 | 1,687.00 | 38,246.60 | | | |
| Overtime | 34.200000 | 1.50 | 51.30 | 1.50 | 51.30 | | | |
| SCA Floating Holiday Pay | | | 0.00 | 24.00 | 547.20 | | | |
| Hol Wkrd Pd Half | | | 0.00 | 5.00 | 57.00 | | | |
| Company Paid Holiday Hours | | | 0.00 | 48.00 | 1,079.52 | | | |
| Overtime Adj | | | 0.00 | | 27.99 | | | |
| SCA PTO Anniversary Payout | | | 0.00 | 6.91 | 153.26 | | | |
| Unplanned PTO | | | 0.00 | 13.00 | 293.30 | | | |
| Rewarding Results Y | | | 0.00 | | 849.00 | | | |
| **TOTAL:** | | **81.50** | **1,875.30** | **1,941.41** | **44,848.95** | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 799.27 |
| Fed MED/EE | 26.26 | 637.49 |
| Fed OASDI/EE | 112.29 | 2,725.81 |
| PA Unempl EE | 1.31 | 31.39 |
| PA Withholdng | 55.46 | 1,346.33 |
| PA POTTSTOWN Withholdng | 18.06 | 438.53 |
| PA POTTSTOWN LS Tax | 2.00 | 48.00 |
| **TOTAL:** | **215.38** | **6,026.82** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.75 | 661.66 |
| Health Savings Account | 38.46 | 923.04 |
| Medical Pre-Tax | 30.46 | 731.04 |
| 401(K) Savings Plan | 0.00 | 80.75 |
| Premium Discount Reward | 0.00 | -657.67 |
| **TOTAL:** | **87.67** | **1,738.82** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.75 | 366.20 |
| 401K Loan #1 | 52.58 | 1,261.92 |
| 401K Loan #2 | 72.21 | 1,733.04 |
| Accident Insurance | 6.73 | 161.52 |
| Child(ren) Supplemental Life | 0.39 | 9.36 |
| Critical Illness-Child | 0.37 | 8.88 |
| Critical Illness-Employee | 11.35 | 272.40 |
| Supplemental EE AD&D | 0.43 | 10.32 |
| Supp Life After-Tax | 5.86 | 140.64 |
| Stock Purchase Period 2 | 54.72 | 609.10 |
| 401(K) Savings Plan | 0.00 | 80.73 |
| Stock Purchase Period 1 | 0.00 | 708.51 |
| **TOTAL:** | **223.39** | **5,362.62** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.75 | 366.20 |
| 401(K) Savings Plan | 18.75 | 661.66 |
| Employer Contribution HSA | 19.23 | 461.52 |
| GTL Imputed Income* | 4.67 | 112.08 |
| 401(K) Savings Plan | 0.00 | 40.37 |
| 401(K) Savings Plan | 0.00 | 40.38 |
| SCA Fringe 401(k) Contribution | 0.00 | 188.20 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,875.30 | 1,792.30 | 215.38 | 311.06 | 1,348.86 |
| YTD | 44,848.95 | 43,222.21 | 6,026.82 | 7,101.44 | 31,720.69 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 30.26 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000058185752 | Checking | *****5710 | 25.00 |
| | Checking | ******7443 | 1,323.86 |
| **TOTAL:** | | | **1,348.86** |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

**TARGET**

| Name: | Terri Jones | Check #: | **VOID** | 401k Before TAX: | 0.00% |
| --- | --- | --- | --- | --- | --- |
| Employee ID: | 0076693354 | Check Date: | 12/08/2023 | 401k After TAX: | 0.00% |
| Pay Period Begin: | 11/19/2023 | Curr Tot Hrs Worked: | 55.05 | Average Hours: | 0 |
| Pay Period End: | 12/02/2023 | Total Hours YTD: | 55.05 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 839.52 | 0.00 | 100.90 | 0.00 | 738.62 |
| YTD | 839.52 | 0.00 | 100.90 | 0.00 | 738.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
| --- | --- | --- | --- | --- | --- |
| Regular | 11/26/2023 - 12/02/2023 | 30.25 | 15.25 | 461.32 | 839.52 |
| Regular | 11/20/2023 - 11/25/2023 | 24.8 | 15.25 | 378.20 | |
| Earnings | | | | 839.52 | 839.52 |

### Employee Taxes

| Description | Amount | YTD |
| --- | --- | --- |
| OASDI | 52.05 | 52.05 |
| Medicare | 12.17 | 12.17 |
| State Tax - PA | 25.77 | 25.77 |
| SUI-Team Member Paid - PA | 0.59 | 0.59 |
| City Tax - WPOTT | 8.40 | 8.40 |
| PA LST - WPOTT | 1.92 | 1.92 |
| Employee Taxes | 100.90 | 100.90 |

### Pre Tax Deductions

| Description | Amount | YTD |
| --- | --- | --- |
| Total | 0.00 | 0.00 |

### Post Tax Deductions

| Description | Amount | YTD |
| --- | --- | --- |
| Total | 0.00 | 0.00 |

| | Federal | State |
| --- | --- | --- |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Taxable Wages

| Description | Amount | YTD |
| --- | --- | --- |
| OASDI | 839.52 | 839.52 |
| Medicare | 839.52 | 839.52 |
| Federal Withholding | 839.52 | 839.52 |
| State Tax - PA | 839.52 | 839.52 |
| City Tax - WPOTT | 839.52 | 839.52 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
| --- | --- | --- | --- |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
| --- | --- | --- | --- | --- | --- |
| Chime | Peachez70 | ******6411 | 064616852 | 738.62 | USD |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O17-OSI Bi-Weekly Payroll<br>11/19/2023<br>12/02/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000058421331<br>12/08/2023<br>454683454 | | |
|---|---|---|---|---|---|---|
| | | | TAX DATA: | Federal | PA State<br>Resident | PA State<br>Work |
| TERRI LUCIA JONES<br>217 INDUSTRIAL HIGHWAY<br>POTTSTOWN, PA 19464 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000941122<br>71610-OptumServe Admin<br>PA TELECOMMUTER<br>SCA Appeals Rep Sr<br>$22.800000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>N/A | N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Company Paid Holiday Hours | 22.800000 | 16.00 | 364.80 | 64.00 | 1,444.32 | Fed Withholdng | 0.00 | 799.27 |
| Planned PTO | 22.800000 | 3.00 | 68.40 | 159.00 | 3,612.18 | Fed MED/EE | 26.55 | 664.04 |
| Regular | 22.800000 | 61.00 | 1,390.80 | 1,748.00 | 39,637.40 | Fed OASDI/EE | 113.51 | 2,839.32 |
| SCA Floating Holiday Pay | | | 0.00 | 24.00 | 547.20 | PA Unempl EE | 1.28 | 32.67 |
| Hol Wkrd Pd Half | | | 0.00 | 5.00 | 57.00 | PA Withholdng | 56.07 | 1,402.40 |
| Overtime Adj | | | 0.00 | | 27.99 | PA POTTSTOWN Withholdng | 18.26 | 456.79 |
| Overtime | | | 0.00 | 1.50 | 51.30 | PA POTTSTOWN LS Tax | 2.00 | 50.00 |
| SCA PTO Anniversary Payout | | | 0.00 | 6.91 | 153.26 | | | |
| Unplanned PTO | | | 0.00 | 13.00 | 293.30 | | | |
| Rewarding Results | Y | | 0.00 | | 849.00 | | | |
| TOTAL: | | 80.00 | 1,824.00 | 2,021.41 | 46,672.95 | TOTAL: | 217.67 | 6,244.49 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(K) Savings Plan | 18.24 | 679.90 | 401(K) Savings Plan | 18.24 | 384.44 | 401(K) Savings Plan | 18.24 | 384.44 |
| Health Savings Account | 38.48 | 961.52 | 401K Loan #1 | 52.58 | 1,314.50 | 401(K) Savings Plan | 18.24 | 679.90 |
| Medical Pre-Tax | 30.46 | 761.50 | 401K Loan #2 | 72.21 | 1,805.25 | Employer Contribution HSA | 19.24 | 480.76 |
| Premium Discount Reward | -71.17 | -728.84 | Accident Insurance | 6.73 | 168.25 | GTL Imputed Income* | 4.67 | 116.75 |
| 401(K) Savings Plan | 0.00 | 80.75 | Child(ren) Supplemental Life | 0.39 | 9.75 | 401(K) Savings Plan | 0.00 | 40.37 |
| | | | Critical Illness-Child | 0.37 | 9.25 | 401(K) Savings Plan | 0.00 | 40.38 |
| | | | Critical Illness-Employee | 11.35 | 283.75 | SCA Fringe 401(k) Contribution | 0.00 | 188.20 |
| | | | Supplemental EE AD&D | 0.43 | 10.75 | | | |
| | | | Supp Life After-Tax | 5.86 | 146.50 | | | |
| | | | Stock Purchase Period 2 | 54.72 | 663.82 | | | |
| | | | 401(K) Savings Plan | 0.00 | 80.73 | | | |
| | | | Stock Purchase Period 1 | 0.00 | 708.51 | | | |
| TOTAL: | 16.01 | 1,754.83 | TOTAL: | 222.88 | 5,585.50 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,824.00 | 1,812.66 | 217.67 | 238.89 | 1,367.44 |
| YTD | 46,672.95 | 45,034.87 | 6,244.49 | 7,340.33 | 33,088.13 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 32.42 | Payment Type | Account Type | Account Number | Amount |
| Purchased PTO: | 0.00 | Advice #000000058421331 | Checking | *****5710 | 25.00 |
| Sick: | 0.00 | | Checking | ******7443 | 1,342.44 |
| Personal: | 0.00 | | | | |
| | | TOTAL: | | | 1,367.44 |

Please note that overtime is calculated after 40 hours worked in a week. Holiday pay and PTO are not considered hours worked.

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445, HROC 1-800-394-1885

| Name: | Terri Jones | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0076693354 | Check Date: | 12/22/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 12/03/2023 | Curr Tot Hrs Worked: | 64.7 | Average Hours: | 32.35 | |
| Pay Period End: | 12/16/2023 | Total Hours YTD: | 119.75 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 986.68 | 0.00 | 118.25 | 0.00 | 868.43 |
| YTD | 1,826.20 | 0.00 | 219.15 | 0.00 | 1,607.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 12/10/2023 - 12/16/2023 | 30.82 | 15.25 | 470.01 | 1,826.20 |
| Regular | 12/03/2023 - 12/09/2023 | 33.88 | 15.25 | 516.67 | |
| Earnings | | | | 986.68 | 1,826.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.17 | 113.22 |
| Medicare | 14.31 | 26.48 |
| State Tax - PA | 30.29 | 56.06 |
| SUI-Team Member Paid - PA | 0.69 | 1.28 |
| City Tax - WPOTT | 9.87 | 18.27 |
| PA LST - WPOTT | 1.92 | 3.84 |
| Employee Taxes | 118.25 | 219.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 986.68 | 1,826.20 |
| Medicare | 986.68 | 1,826.20 |
| Federal Withholding | 986.68 | 1,826.20 |
| State Tax - PA | 986.68 | 1,826.20 |
| City Tax - WPOTT | 986.68 | 1,826.20 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Chime | Peachez70 | ******6411 | 065144708 | 868.43 | USD |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O17-OSI Bi-Weekly Payroll<br>12/03/2023<br>12/16/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000058658052<br>12/22/2023<br>454683454 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **PA State** / **PA State** |
| TERRI LUCIA JONES<br>217 INDUSTRIAL HIGHWAY<br>POTTSTOWN, PA 19464 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000941122<br>71610-OptumServe Admin<br>PA TELECOMMUTER<br>SCA Appeals Rep Sr<br>$22.800000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl. Amount: | Married<br>N/A | Resident / Work<br>N/A / N/A<br>N/A / 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Jury Duty Pay | 22.800000 | 8.00 | 182.40 | 8.00 | 182.40 |
| Regular | 22.800000 | 72.00 | 1,641.60 | 1,820.00 | 41,279.00 |
| SCA Floating Holiday Pay | | | 0.00 | 24.00 | 547.20 |
| Hol Wkrd Pd Half | | | 0.00 | 5.00 | 57.00 |
| Company Paid Holiday Hours | | | 0.00 | 64.00 | 1,444.32 |
| Overtime Adj | | | 0.00 | | 27.99 |
| Overtime | | | 0.00 | 1.50 | 51.30 |
| Planned PTO | | | 0.00 | 159.00 | 3,612.18 |
| SCA PTO Anniversary Payout | | | 0.00 | 6.91 | 153.26 |
| Unplanned PTO | | | 0.00 | 13.00 | 293.30 |
| Rewarding Results Y | | | 0.00 | | 849.00 |
| **TOTAL:** | | **80.00** | **1,824.00** | **2,101.41** | **48,496.95** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 799.27 |
| Fed MED/EE | 26.54 | 690.58 |
| Fed OASDI/EE | 113.52 | 2,952.84 |
| PA Unempl EE | 1.28 | 33.95 |
| PA Withholdng | 56.07 | 1,458.47 |
| PA POTTSTOWN Withholdng | 18.26 | 475.05 |
| PA POTTSTOWN LS Tax | 2.00 | 52.00 |
| **TOTAL:** | **217.67** | **6,462.16** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.24 | 698.14 |
| Health Savings Account | 38.48 | 1,000.00 |
| Medical Pre-Tax | 30.46 | 791.96 |
| Premium Discount Reward | -71.16 | -800.00 |
| 401(K) Savings Plan | 0.00 | 80.75 |
| **TOTAL:** | **16.02** | **1,770.85** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.24 | 402.68 |
| 401K Loan #1 | 52.58 | 1,367.08 |
| 401K Loan #2 | 72.21 | 1,877.46 |
| Accident Insurance | 6.73 | 174.98 |
| Child(ren) Supplemental Life | 0.39 | 10.14 |
| Critical Illness-Child | 0.37 | 9.62 |
| Critical Illness-Employee | 11.35 | 295.10 |
| Supplemental EE AD&D | 0.43 | 11.18 |
| Supp Life After-Tax | 5.86 | 152.36 |
| Stock Purchase Period 2 | 54.72 | 718.54 |
| 401(K) Savings Plan | 0.00 | 80.73 |
| Stock Purchase Period 1 | 0.00 | 708.51 |
| **TOTAL:** | **222.88** | **5,808.38** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 18.24 | 402.68 |
| 401(K) Savings Plan | 18.24 | 698.14 |
| Employer Contribution HSA | 19.24 | 500.00 |
| GTL Imputed Income* | 4.67 | 121.42 |
| 401(K) Savings Plan | 0.00 | 40.37 |
| 401(K) Savings Plan | 0.00 | 40.38 |
| SCA Fringe 401(k) Contribution | 0.00 | 188.20 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,824.00 | 1,812.65 | 217.67 | 238.90 | 1,367.43 |
| YTD | 48,496.95 | 46,847.52 | 6,462.16 | 7,579.23 | 34,455.56 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 34.57 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000058658052 | Checking | *****5710 | 25.00 |
| | Checking | ******7443 | 1,342.43 |
| **TOTAL:** | | | **1,367.43** |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O17-OSI Bi-Weekly Payroll<br>12/17/2023<br>12/30/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000058892429<br>01/05/2024<br>454683454 | |
|---|---|---|---|---|---|---|
| | | | | TAX DATA: | Federal | PA State Resident / PA State Work |
| TERRI LUCIA JONES<br>217 INDUSTRIAL HIGHWAY<br>POTTSTOWN, PA 19464 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 000941122<br>71610-OptumServe Admin<br>PA TELECOMMUTER<br>SCA Appeals Rep Sr<br>$22.800000 Hourly<br>Nonexempt | | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl. Amount: | Married<br>N/A | N/A / N/A<br>N/A / 0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Planned PTO | 22.800000 | 3.00 | 68.40 | 3.00 | 68.40 | Fed Withholdng | 0.00 | 0.00 |
| Regular | 22.800000 | 69.00 | 1,573.20 | 69.00 | 1,573.20 | Fed MED/EE | 25.52 | 25.52 |
| Company Paid Holiday Hours | 22.800000 | 8.00 | 182.40 | 8.00 | 182.40 | Fed OASDI/EE | 109.13 | 109.13 |
| | | | | | | PA Unempl EE | 1.28 | 1.28 |
| | | | | | | PA Withholdng | 53.88 | 53.88 |
| | | | | | | PA POTTSTOWN Withholdng | 17.55 | 17.55 |
| | | | | | | PA POTTSTOWN LS Tax | 2.00 | 2.00 |
| TOTAL: | | 80.00 | 1,824.00 | 80.00 | 1,824.00 | TOTAL: | 209.36 | 209.36 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(K) Savings Plan | 18.24 | 18.24 | 401(K) Savings Plan | 18.24 | 18.24 | 401(K) Savings Plan | 18.24 | 18.24 |
| Health Savings Account | 38.46 | 38.46 | 401K Loan #1 | 52.58 | 52.58 | 401(K) Savings Plan | 18.24 | 18.24 |
| Medical Pre-Tax | 30.46 | 30.46 | 401K Loan #2 | 72.21 | 72.21 | Employer Contribution HSA | 19.23 | 19.23 |
| | | | Accident Insurance | 6.73 | 6.73 | GTL Imputed Income* | 5.10 | 5.10 |
| | | | Child(ren) Supplemental Life | 0.39 | 0.39 | | | |
| | | | Critical Illness-Child | 0.37 | 0.37 | | | |
| | | | Critical Illness-Employee | 11.35 | 11.35 | | | |
| | | | Supplemental EE AD&D | 0.45 | 0.45 | | | |
| | | | Supp Life After-Tax | 6.11 | 6.11 | | | |
| | | | Stock Purchase Period 1 | 54.72 | 54.72 | | | |
| TOTAL: | 87.16 | 87.16 | TOTAL: | 223.15 | 223.15 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,824.00 | 1,741.94 | 209.36 | 310.31 | 1,304.33 |
| YTD | 1,824.00 | 1,741.94 | 209.36 | 310.31 | 1,304.33 |

| LEAVE PLAN | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 34.57 | Payment Type | Account Type | Account Number | Amount |
| Purchased PTO: | 0.00 | Advice #000000058892429 | Checking | *****5710 | 25.00 |
| Sick: | 0.00 | | Checking | ******7443 | 1,279.33 |
| Personal: | 0.00 | | | | |
| | | TOTAL: | | | 1,304.33 |

Please note that overtime is calculated after 40 hours worked in a week. Holiday pay and PTO are not considered hours worked.

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

**TARGET**

| Name: | Terri Jones | Check #: | **VOID** | 401k Before TAX: | 0.00% |
|---|---|---|---|---|---|
| Employee ID: | 0076693354 | Check Date: | 01/05/2024 | 401k After TAX: | 0.00% |
| Pay Period Begin: | 12/17/2023 | Curr Tot Hrs Worked: | 54.07 | Average Hours: | 29.7 |
| Pay Period End: | 12/30/2023 | Total Hours YTD: | 173.82 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 824.57 | 0.00 | 99.14 | 0.00 | 725.43 |
| YTD | 824.57 | 0.00 | 99.14 | 0.00 | 725.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 12/24/2023 - 12/30/2023 | 20.75 | 15.25 | 316.44 | 824.57 |
| Regular | 12/17/2023 - 12/23/2023 | 33.32 | 15.25 | 508.13 | |
| Earnings | | | | 824.57 | 824.57 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 51.12 | 51.12 |
| Medicare | 11.96 | 11.96 |
| State Tax - PA | 25.31 | 25.31 |
| SUI-Team Member Paid - PA | 0.58 | 0.58 |
| City Tax - WPOTT | 8.25 | 8.25 |
| PA LST - WPOTT | 1.92 | 1.92 |
| Employee Taxes | 99.14 | 99.14 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 824.57 | 824.57 |
| Medicare | 824.57 | 824.57 |
| Federal Withholding | 824.57 | 824.57 |
| State Tax - PA | 824.57 | 824.57 |
| City Tax - WPOTT | 824.57 | 824.57 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Chime | Peachez70 | ******6411 | 065823774 | 725.43 | USD |