**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Terri Lucia Jones, | : | Chapter 13 |
| Debtor | : | Case No.: 24-10094-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed March 15, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on March 15, 2024:*

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany OH 43054-3025

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on March 15, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Mark A. Cronin, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                               **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com

Date: March 15, 2024        Counsel for Debtor