**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Terri Lucia Jones, | : | Chapter 13 |
| Debtor | : | Case No.:  24-10094-amc |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed April 18, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on April 18, 2024:*

Sarah Irimies, Bankr. Sr. Spec.
Discover Bank
PO Box 3025
New Albany OH 4305

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on April 18, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                      **ROSS, QUINN & PLOPPERT, P.C.**

                      By:    <u>/s/ Joseph Quinn</u>
                             Joseph Quinn, Esquire
                             Attorney I.D. No. 307467
                             192 S. Hanover Street, Suite 101
                             Pottstown, PA 19464
                             T: 610.323.5300
                             F: 610.323.6081
                             jquinn@rqplaw.com
Date: <u>April 18, 2024</u>         Counsel for Debtor

1