Certificate Number: 05781-PAE-DE-038428385

Bankruptcy Case Number: 24-10094



05781-PAE-DE-038428385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2024, at 7:15 o'clock PM PDT, Terri Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 29, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President