United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 24-10094-amc

Terri Lucia Jones    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: May 23, 2024      Form ID: 155      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri Lucia Jones, 217 Industrial Highway, Pottstown, PA 19464-5931 |
| 14846054 | + | Axia Women's Health, PO Box 22576, New York, NY 10087-2576 |
| 14846062 | + | Gregg Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14849363 | + | Lakeview Loan Servicing LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14846063 | + | Matthew Edenhofner, Esq., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14846064 | # | Michael J. Dougherty, Esq., Weltman Weinberg & Reis, 170 S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |
| 14865268 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14865478 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, P.S., P.O. BOX 3978, SEATTLE, WA 98124-3978 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14847809 | + | Email/Text: bkfilings@zwickerpc.com | May 24 2024 00:03:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14848767 | + | Email/Text: bkfilings@zwickerpc.com | May 24 2024 00:03:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14846053 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2024 00:12:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14846055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:12:12 | Cap1/neimn, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14846056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14865705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:22 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14865444 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:12:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14846057 | ^ | MEBN | May 23 2024 23:54:25 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14846058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:11:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14866858 | | Email/Text: mrdiscen@discover.com | | |

Case 24-10094-amc    Doc 22    Filed 05/25/24    Entered 05/26/24 00:36:09    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | May 24 2024 00:01:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14847987 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 24 2024 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14846059 | + | Email/Text: mrdiscen@discover.com | | |
| | | | May 24 2024 00:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14846060 | + | Email/Text: dplbk@discover.com | | |
| | | | May 24 2024 00:03:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14846959 | + | Email/Text: dplbk@discover.com | | |
| | | | May 24 2024 00:03:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14847188 | + | Email/Text: dplbk@discover.com | | |
| | | | May 24 2024 00:03:00 | Discover Personal Loans, PO Box 6105, Carol Stream IL 60197-6105 |
| 14846061 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | May 24 2024 00:03:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14863974 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | May 24 2024 00:03:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14849202 | ^ | MEBN | | |
| | | | May 23 2024 23:54:44 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14856391 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 24 2024 00:12:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14846065 | | Email/Text: EBN@Mohela.com | | |
| | | | May 24 2024 00:02:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14857235 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14866625 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 24 2024 00:12:12 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14846066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 24 2024 00:12:11 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14846067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 24 2024 00:11:58 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14865268 | | Email/Text: bncmail@w-legal.com | | |
| | | | May 24 2024 00:02:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14865478 | | Email/Text: bncmail@w-legal.com | | |
| | | | May 24 2024 00:02:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., P.O. BOX 3978, SEATTLE, WA 98124-3978 |
| 14846070 | | Email/Text: bankruptcy@td.com | | |
| | | | May 24 2024 00:03:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14846069 | | Email/Text: bankruptcy@td.com | | |
| | | | May 24 2024 00:03:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14851145 | ^ | MEBN | | |
| | | | May 23 2024 23:54:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14846068 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 24 2024 00:02:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Terri Lucia Jones CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Terri Lucia Jones

    Debtor(s).

Case No. 24−10094−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 23, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court