Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10094-AMC**

Terri Lucia Jones  
217 Industrial Highway  
Pottstown  PA   19464

Petition Filed Date: 01/12/2024  
341 Hearing Date: 03/15/2024  
Confirmation Date: 05/23/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2024 | $240.00 | | 03/01/2024 | $240.00 | | 04/01/2024 | $240.00 | |
| 04/30/2024 | $240.00 | | 05/31/2024 | $240.00 | | 07/01/2024 | $240.00 | |
| 07/30/2024 | $240.00 | | | | | | | |

**Total Receipts for the Period: $1,680.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,637.00 | $1,512.00 | $2,125.00 |
| 1 | DISCOVER PERSONAL LOAN »» 001 | Unsecured Creditors | $17,747.57 | $0.00 | $17,747.57 |
| 2 | DISCOVER BANK »» 002 | Secured Creditors | $7,893.87 | $0.00 | $7,893.87 |
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $9,841.49 | $0.00 | $9,841.49 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $1,108.07 | $0.00 | $1,108.07 |
| 5 | TD BANK NA »» 005 | Unsecured Creditors | $3,407.37 | $0.00 | $3,407.37 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,124.07 | $0.00 | $1,124.07 |
| 8 | FLAGSTAR BANK »» 008 | Mortgage Arrears | $19.85 | $0.00 | $19.85 |
| 9 | TD BANK USA NA »» 009 | Unsecured Creditors | $5,433.79 | $0.00 | $5,433.79 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $8,375.79 | $0.00 | $8,375.79 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $3,490.57 | $0.00 | $3,490.57 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $1,809.41 | $0.00 | $1,809.41 |
| 19 | HANOVER SQUARE HOA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | AXIA WOMENS HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CHIME/STRIDE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10094-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPT OF EDUCATION/MOHELA »» 013 | Unsecured Creditors | $26,460.70 | $0.00 | $26,460.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $1,680.00 | | Current Monthly Payment: | $240.00 |
| Paid to Claims: | $1,512.00 | | Arrearages: | $0.00 |
| Paid to Trustee: | $168.00 | | Total Plan Base: | $13,110.00 |
| Funds on Hand: | $0.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.