Internal Revenue Service
Insolvency Section
PO Box 21126
Philadelphia, PA 19114