THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Terri Lucia Jones,                :        Chapter 13
                          Debtor          :        No.:  24-10094-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on October 23, 2024, have been served upon the following by the means stated:

*Via first class mail, postage pre-paid to the following parties:*

Sarah Irimies, Bankr. Sr. Spec.
Discover Bank
PO Box 3025
New Albany OH 43054

L. Coleman, AGM T1 Group 7
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

All creditors not notified electronically via ECF.

*Via Electronic Filing (ECF) to the following parties:*

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

1

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com
Date: <u>October 23, 2024</u>    Counsel for Debtor