THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Terri Lucia Jones, | : | Chapter 13 |
| Debtor | : | No.:  24-10094-amc |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated October 23, 2024 is hereby APPROVED.

BY THE COURT:

**Date: December 4, 2024**

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE