United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-10094-amc |
|---|---|
| Terri Lucia Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri Lucia Jones, 217 Industrial Highway, Pottstown, PA 19464-5931 |
| 14846054 | + | Axia Women's Health, PO Box 22576, New York, NY 10087-2576 |
| 14846062 | + | Gregg Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14849363 | + | Lakeview Loan Servicing LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14846063 | + | Matthew Edenhofner, Esq., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14847809 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2024 00:18:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14848767 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2024 00:18:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14846053 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 00:32:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14846055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2024 00:17:33 | Cap1/neimn, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14846056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2024 00:30:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14865705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2024 00:30:55 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14865444 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2024 00:17:33 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14846057 | ^ | MEBN | Dec 05 2024 00:08:02 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14846058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2024 00:30:08 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St |

Case 24-10094-amc   Doc 33   Filed 12/06/24   Entered 12/07/24 00:38:45   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 04, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Louis, MO 63179-0040 |
| 14866858 | | Email/Text: mrdiscen@discover.com | Dec 05 2024 00:18:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14847987 | | Email/Text: mrdiscen@discover.com | Dec 05 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14846059 | + | Email/Text: mrdiscen@discover.com | Dec 05 2024 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14846060 | + | Email/Text: dplbk@discover.com | Dec 05 2024 00:18:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14846959 | + | Email/Text: dplbk@discover.com | Dec 05 2024 00:18:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14847188 | + | Email/Text: dplbk@discover.com | Dec 05 2024 00:18:00 | Discover Personal Loans, PO Box 6105, Carol Stream IL 60197-6105 |
| 14846061 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 00:18:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14863974 | + | Email/Text: servicingmailhub@flagstar.com | Dec 05 2024 00:18:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14922064 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 00:18:00 | Internal Revenue Service, Insolvency Section, PO Box 21126, Philadelphia, PA 19114 |
| 14849202 | ^ | MEBN | Dec 05 2024 00:39:31 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14856391 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 00:16:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14846065 | | Email/Text: EBN@Mohela.com | Dec 05 2024 00:18:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14900072 | | Email/Text: EBN@Mohela.com | Dec 05 2024 00:18:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14900463 | | Email/Text: EBN@Mohela.com | Dec 05 2024 00:18:00 | US Department of Education/MOHELA, PO BOX 790233, St.Louis MO 63179 |
| 14857235 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14866625 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2024 00:17:35 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14846066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2024 00:30:02 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14846067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2024 00:30:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14865268 | | Email/Text: bncmail@w-legal.com | Dec 05 2024 00:18:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14865478 | | Email/Text: bncmail@w-legal.com | Dec 05 2024 00:18:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., P.O. BOX 3978, SEATTLE, WA 98124-3978 |
| 14846070 | | Email/Text: bankruptcy@td.com | Dec 05 2024 00:18:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14846069 | | Email/Text: bankruptcy@td.com | Dec 05 2024 00:18:00 | Td Bank Na, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14851145 | ^ | MEBN | Dec 05 2024 00:39:32 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14846068 | + | Email/Text: bncmail@w-legal.com | | |

Dec 05 2024 00:18:00     Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921201 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14921348 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 14846064 | ## | Michael J. Dougherty, Esq., Weltman Weinberg & Reis, 170 S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Terri Lucia Jones CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Terri Lucia Jones, | : | Chapter 13 |
| Debtor | : | No.: 24-10094-amc |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated October 23, 2024 is hereby APPROVED.

**Date: December 4, 2024**

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE