| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10094-AMC

| | |
|---|---|
| Terri Lucia Jones | Petition Filed Date: 01/12/2024 |
| 217 Industrial Highway | 341 Hearing Date: 03/15/2024 |
| Pottstown PA 19464 | Confirmation Date: 05/23/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $240.00 | | 09/30/2024 | $240.00 | | 10/30/2024 | $240.00 | |
| 12/03/2024 | $240.00 | | 01/02/2025 | $240.00 | | 01/30/2025 | $240.00 | |
| 03/03/2025 | $240.00 | | 03/31/2025 | $240.00 | | 04/30/2025 | $240.00 | |
| 06/02/2025 | $240.00 | | 06/30/2025 | $240.00 | | 07/30/2025 | $240.00 | |

**Total Receipts for the Period: $2,880.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,637.00 | $3,637.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $17,747.57 | $0.00 | $17,747.57 |
| 2 | DISCOVER BANK<br>»» 002 | Secured Creditors | $7,893.87 | $0.00 | $7,893.87 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $9,841.49 | $0.00 | $9,841.49 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,108.07 | $0.00 | $1,108.07 |
| 5 | TD BANK NA<br>»» 005 | Unsecured Creditors | $3,407.37 | $0.00 | $3,407.37 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,124.07 | $0.00 | $1,124.07 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $19.85 | $0.00 | $19.85 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $5,433.79 | $0.00 | $5,433.79 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $8,375.79 | $0.00 | $8,375.79 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,490.57 | $0.00 | $3,490.57 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $1,809.41 | $0.00 | $1,809.41 |
| 19 | HANOVER SQUARE HOA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AXIA WOMENS HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CHIME/STRIDE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 17 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPT OF EDUCATION/MOHELA<br>»» 013 | Unsecured Creditors | $26,460.70 | $0.00 | $26,460.70 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 014 | Priority Crediors | $3,868.00 | $524.60 | $3,343.40 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,560.00 | Current Monthly Payment: | $240.00 |
| Paid to Claims: | $4,161.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $398.40 | Total Plan Base: | $17,190.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.