## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Terri Lucia  Jones

Debtor(s)

CHAPTER 13

BKY. NO. 24-10094 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
25 Jun 2026, 09:31:53, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: bcec390fbe6dbaed52b5874d758cf17b20fee779e32e1e19929fad3833a37fbf