Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Terri Lucia Jones
217 Industrial Highway
Pottstown, PA 19464

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-10094-AMC**

Petition Filed Date: 01/12/2024
341 Hearing Date: 03/15/2024
Confirmation Date: 05/23/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $240.00 | | 09/30/2025 | $240.00 | | 11/03/2025 | $240.00 | |
| 12/02/2025 | $240.00 | | 12/31/2025 | $240.00 | | 01/30/2026 | $240.00 | |
| 02/03/2026 | $156.00 | | 03/04/2026 | $396.00 | | 04/01/2026 | $396.00 | |
| 05/04/2026 | $396.00 | | 06/02/2026 | $396.00 | | 07/02/2026 | $510.00 | |

**Total Receipts for the Period: $3,690.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,637.00 | $3,637.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $17,747.57 | $0.00 | $17,747.57 |
| 2 | DISCOVER BANK<br>»» 002 | Secured Creditors | $7,893.87 | $542.41 | $7,351.46 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $9,841.49 | $0.00 | $9,841.49 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,108.07 | $0.00 | $1,108.07 |
| 5 | TD BANK NA<br>»» 005 | Unsecured Creditors | $3,407.37 | $0.00 | $3,407.37 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,124.07 | $0.00 | $1,124.07 |
| 8 | M&T BANK<br>»» 008 | Mortgage Arrears | $19.85 | $0.00 | $19.85 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $5,433.79 | $0.00 | $5,433.79 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $8,375.79 | $0.00 | $8,375.79 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,490.57 | $0.00 | $3,490.57 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $1,809.41 | $0.00 | $1,809.41 |

**Chapter 13 Case No. 24-10094-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 19 | HANOVER SQUARE HOA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AXIA WOMENS HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CHIME/STRIDE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPT OF EDUCATION/MOHELA<br>»» 013 | Unsecured Creditors | $26,460.70 | $0.00 | $26,460.70 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 014 | Priority Crediors | $3,868.00 | $3,868.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,760.00 | Current Monthly Payment: | $510.00 |
| Paid to Claims: | $8,047.41 | Arrearages: | $270.00 |
| Paid to Trustee: | $711.23 | Total Plan Base: | $17,190.00 |
| Funds on Hand: | $1.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.